IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL CITY MORTGAGE COMPANY,** | : | CIVIL ACTION NO. 1:06-CV-1867 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **TAMMY M DAVIS,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of January, 2007, upon consideration of plaintiff's praecipe to withdraw judgment and discontinue without prejudice (Doc. 12), the Clerk of Court's entry of default (Doc. 8), and the order of court dated November 29, 2006 entering default judgment (Doc. 10), it is hereby ORDERED that:

1. The Clerk of Court's entry of default (Doc. 8) is VACATED.

2. The order of court dated November 29, 2006 (Doc. 10) is VACATED.

3. The above-captioned action is DISMISSED without prejudice.

4. The Clerk of Court is directed to CLOSE this case.

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge